UNITED CHINESE SOCIETY, BY CHU GEM, GOO
    KIM FOOK, HO FON, TONG KAU, CHONG PAK
    SUN, PANG LUM MOW, WONG HOW, YEE
    MUN WAI AND M. C. AMANA, ITS TRUSTEES,
    AND CHU GEM, GOO KIM FOOK, HO FON,
    TONG KAU, CHONG PAK SUN, PANG LUM
    MOW, WONG HOW, YEE MUN WAI AND M. C.
    AMANA *v.* YEE YAP, LAU TONG, YONG
    KWONG TAT, LEE CHUCK, LAM YAT KEUNG,
    LEE LAU, WONG SAI KUEN, C. F. ZEN AND
    CHIN CHAU.

No. 1079.

PETITION FOR REHEARING.

FILED JULY 9, 1918.                    DECIDED JULY 19, 1918.

COKE, C.J., QUARLES, J., AND CIRCUIT JUDGE EDINGS
    IN PLACE OF KEMP, J., DISQUALIFIED.

*Per Curiam:* The petitioners, appellees, have filed
herein a petition for a rehearing. While denying the pe-
tition for a rehearing we deem it advisable, in order that
there may be no doubt or misunderstanding respecting the
import of the language used in the opinion rendered here-
in by this court, to modify or vary the paragraph begin-
ning with the word "We" at the beginning of line 16 from
the top of the last page of said opinion and ending with
the word "conducted" at the end of line 27 from the top
of said last page of the opinion on file herein (lines 17 to
30 inclusive, 24 Haw. 381) so that said paragraph will
read as follows, to wit:

"We therefore hold that the decree of the judge of the
court below should be modified so as to provide for the

appointment by the judge of a commissioner clothed with power and authority to prepare a roll or list of the members of the society, such roll or list to contain only the names of the *bona fide* members, and said commissioner being authorized to issue certificates of membership to members not possessing the same and after the completion of the roll or list of membership the commissioner, after due notice, to call an election of the members of the society to fill said vacancy in the board of trustees which occurred in the year 1913, and, as hereinabove held, could only be filled by the members of the society for the reason that said vacancy was not caused by the death or disability of a trustee, said commissioner to have the general direction and supervision of such election to the end that the same may be properly and fairly conducted." And it is so ordered.

*W. B. Lymer* for the petition.